UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| In re:  Justin David House and<br>Diana Martin House,<br>    Debtors. | Case No. 11-36609-KLP<br>Chapter 13 |

Justin David House and
Diana Martin House,
    Movants,

v.

M.H. West & Co., Inc. and
Marilyn West,
    Respondents.

### ORDER DISMISSING ORDER TO SHOW CAUSE

Joint Debtors Justin Davis House and Diana Martin House filed a motion for show cause in this chapter 13 case.  On June 22, 2016, the Court issued an order to show cause pursuant the Debtors' motion.  All issues surrounding the circumstances of the Debtors' motion to show cause having been resolved among the parties, and it appearing to the Court that the order to show cause should be dismissed,

IT IS ORDERED that the order to show cause issued on June 22, 2016, is DISMISSED.

Signed: June 22, 2017

                              /s/ Keith L. Phillips
                        United States Bankruptcy Judge

Entered on Docket: 6/23/17

Copies:

Rudolph C. McCollum, Jr.
P.O. Box 4595
Richmond, VA 23220

Carl M. Bates
Chapter 13 Trustee
P.O. Box 1819
Richmond VA 23218

Justin David House
P.O. Box 2551
Richmond, VA 23218

Diana Martin House
P.O. Box 2551
Richmond, VA 23218

Gerald W. S. Carter, Esquire
Harrell & Chambliss LLP
707 E. Main Street, Suite 1000
Richmond, VA 23219